FILED

10/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0510

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0510

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

ALAN EDWIN ERICKSON,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefore,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including December 6, 2023, within which to prepare, file, and serve its response brief.

KFS

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 27 2023